IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MAVERICK PARKS**                                                                                    **PLAINTIFF**

v.                                    **Case No. 3:22-cv-00138-BRW-JTK**

**KILOLO KIJAKAZI,**                                                                                  **DEFENDANT**
**Acting Commissioner**
**Social Security**

### ORDER

Plaintiff Maverick Parks's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is GRANTED. Mr. Parks's counsel is directed to prepare a summons, to be issued by the Clerk of Court, and to serve the complaint upon the Defendant.

SO ORDERED THIS 13th day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE