IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MAVERICK PARKS**                                                        **PLAINTIFF**

**V.**                      No. 3:22-cv-00138-JTK

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, the Commissioner's decision is reversed, and the claim is remanded for further administrative proceedings. This is a "sentence four" remand. 42 U.S.C. § 405(g).

DATED this 25th day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE